affirmed, with costs. Opinion by Van Brunt, P. J.

Terence McGuire, Appellant, v. The Broadway and Seventh Avenue Railroad Company, Respondent. — Judgment and order affirmed. Opinion by Daniels, J.

Cianciminos' Towing and Transportation Company, Respondent, v. Peter Ciancimino, Appellant. — Order modified as directed in opinion, and as modified affirmed, without costs of the appeal. Opinion by Daniels, J.

Ambrose J. Agate v. Caroline E. House, etc. — Order resettled so far only as to declare that the conveyance of the property to the plaintiff shall be subject to defendant's right to reimbursement of any sum owing to her, and for the reimbursement of which the premises were a security in her hands.

William R. Morgan, Jr., and others, Respondents, v. John Bowes and others, Appellants. — Judgment modified as directed in opinion, and as modified affirmed, without costs of this appeal. Opinion by Barrett, J.

Herman Passavant and others, Respondents. v. Herman Cantor and others, Appellants. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Barrett, J.

James L. Hart, Respondent, v. William T. Washburn, Executor, etc., Appellant. — Order reversed as mentioned in opinion, with ten dollars costs of this appeal and disbursements to abide the final event of the action. Opinion by Van Brunt, P. J.

James Moore, Respondent, v. James U. Robertson and others, Appellants. — Judgment affirmed, with costs. Opinion by Daniels, J.

The People of the State of New York ex rel. John P. Leo, Appellant, v. John T. Camp, Colonel. etc., Respondent. — Order affirmed, with ten dollars costs and disbursements Opinions by Daniels and Lambert, JJ.

The People of the State of New York, Respondent, v. Henry Cassin, Appellant. — Judgment affirmed. Opinions by Daniels and Lambert, JJ.

Washington H. Taylor, Appellant, v. Catherine Taylor and others, Respondents. — Judgment affirmed, with costs. Opinion by Lambert, J.

The following causes assigned to Lambert, J., to write, and he having failed to do so, rearguments are ordered:

Shea v. Old Dominion S. D. Co.
Beran v. Tradesman's National Bank.
Blake v. Barnes.
Caffe v. Ottman.
Wall v. Jones.